# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0847
Lower Tribunal No.15-25358
_____

**Allan H. Marroquin Castillo,**
Appellant,

vs.

**Grethel M. Campollo Mendez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, George A. Sarduy, Judge.

Destiney R. Smith Law Office, and Destiney R. Smith (Fort Myers), for appellant.

Law Offices of Carlos Garcia, P.A., and Carlos Garcia, for appellee.

Before EMAS, GORDO and BOKOR JJ.

PER CURIAM.

Affirmed.